IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF VIRGINIA

NORFOLK DIVISION

FILED

JAN 1 8 2017

CLERK, US DISTRICT COURT
NORFOLK. VA

UNITED STATES OF AMERICA

v.

RUDOLPH J. COETZEE

Case No. 2.17mj30
Court Date:  January 20, 2017

CRIMINAL INFORMATION

(Misdemeanor)-Violation Notice No. 6119105

THE UNITED STATES ATTORNEY CHARGES:

That on or about January 14, 2017, at Joint Expeditionary Base Little Creek, Virginia Beach, Virginia, on lands acquired for the use of the United States, within the special maritime and territorial jurisdiction thereof, in the Eastern District of Virginia, the defendant, RUDOLPH J. COETZEE, did unlawfully drive and operate a motor vehicle while under the influence of alcohol and while having a blood alcohol concentration of at least .15 grams per 210 liters of breath but not more than .20 grams per 210 liters of breath, as indicated by a chemical test, to wit: did have a blood alcohol concentration of .15 grams per 210 liters of breath.

(In violation of Title 18, United States Code, Sections 7 and 13, assimilating Code of Virginia, Sections 18.2-266 and 18.2-270.)

Respectfully submitted,

Dana J. Boente
United States Attorney

By: James J. Cole
James T. Cole
Special Assistant U.S. Attorney
Office of the U.S. Attorney
101 West Main Street, Suite 8000
Norfolk, VA  23510
Ph: (757) 441-6712
Fax:(757) 441-3205
James.Cole@usdoj.gov

CERTIFICATE OF MAILING

I hereby certify that on the date indicated below, I caused a true and correct copy of the foregoing Criminal Information to be mailed, postage prepaid, to the defendant in the above-styled case.

James T. Cole
Special Assistant U.S. Attorney
Office of the U.S. Attorney
101 West Main Street, Suite 8000
Norfolk, VA 23510
Ph: (757) 441-6712
Fax:(757) 441-3205
James.Cole@usdoj.gov

18 January 2017
Date