**ORIGINAL**

AO 89B (07/16) Subpoena to Produce Documents, Information, or Objects in a Criminal Case

# UNITED STATES DISTRICT COURT
for the
Eastern District of Virginia

| United States of America | ) | |
| v. | ) | Case No. 2:17mj30 |
| | ) | |
| RUDOLPH J. COETZEE | ) | |
| Defendant | ) | |

**RECEIVED**

**SUBPOENA TO PRODUCE DOCUMENTS, INFORMATION, OR OBJECTS IN A CRIMINAL CASE**

FEB 0 6 2017

DRIVER RECORDS

To: Department of Public Saftety ATTN: MVR
1900 East Woodrow Wilson, Jackson, MS 39216
*(Name of person to whom this subpoena is directed)*

**YOU ARE COMMANDED** to produce at the time, date, and place set forth below the following books, papers, documents, data, or other objects:

Certified copy of the DMV driving transcript. Identifying information attached. Pls mail to: James Cole SAUSA at below address.

| Place: WALTER E. HOFFMAN U.S. COURTHOUSE 600 GRANBY STREET NORFOLK, VA 23510 | Date and Time: 02/16/2017 0:00 am |

Certain provisions of Fed. R. Crim. P. 17 are attached, including Rule 17(c)(2), relating to your ability to file a motion to quash or modify the subpoena; Rule 17(d) and (e), which govern service of subpoenas; and Rule 17(g), relating to your duty to respond to this subpoena and the potential consequences of not doing so.

(SEAL)

Date: 01/23/2017

**No Records Found Driver Records**

CLERK OF COURT

*Signature of Clerk or Deputy Clerk*

The name, address, e-mail, and telephone number of the attorney representing *(name of party)* JAMES T. COLE, SAUSA
, who requests this subpoena, are:
james.cole@usdoj.gov; (747) 441-6712

U.S. ATTORNEY'S OFFICE, 101 W. MAIN ST, STE 8000, NORFOLK VA 23510-1624

**Notice to those who use this form to request a subpoena**

Before requesting and serving a subpoena pursuant to Fed. R. Crim. P. 17(c), the party seeking the subpoena is advised to consult the rules of practice of the court in which the criminal proceeding is pending to determine whether any local rules or orders establish requirements in connection with the issuance of such a subpoena. If no local rules or orders govern practice under Rule 17(c), counsel should ask the assigned judge whether the court regulates practice under Rule 17(c) to 1) require prior judicial approval for the issuance of the subpoena, either on notice or ex parte; 2) specify where the documents must be returned (e.g., to the court clerk, the chambers of the assigned judge, or counsel's office); and 3) require that counsel who receives produced documents provide them to opposing counsel absent a disclosure obligation under Fed. R. Crim. P. 16.

Please note that Rule 17(c) (attached) provides that a subpoena for the production of certain information about a victim may not be issued unless first approved by separate court order.





010000190931

# STATE OF MISSISSIPPI
## DEPARTMENT OF PUBLIC SAFETY

Date: 02/06/2017

## NO RECORD FOUND

Requestor Name:  **James Cole, SAUSA**

Requestor
Address:         **600 Granby Street**
                 **Norfolk, VA 23510**

STATE OF MISSISSIPPI
DEPARTMENT OF PUBLIC SAFETY
AS DIRECTOR OF THE DRIVER RECORDS DIVISION
I DO HEREBY CERTIFY THAT THIS IS A TRUE COPY
OF DOCUMENTS OR RECORDS ON FILE.

SIGNATURE: *Wendell J. White*

No Customer Record was able to be located for the driver information provided and confirmed below.

| First Name Provided: | Middle Name Provided | Last Name Provided | Suffix Provided |
|---|---|---|---|
| **Rudolph** | | **Coetzee** | |

SSN Provided:
DL# Provided:
DOB Provided:    **09/09/1994**

This document may be used as a clearance letter when no record can be found.

**For questions or information, contact Driver Records Division / MVR**
P.O. Box 958, Jackson, MS 39205-0958
DRV140 ver. 1.0                Phone: (601) 987-1224 | www.dps.state.ms.us                Page 1 of 1 pages